```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                  Case No. 18-05298-RNO
Richard J Stegman, Jr.                                                  Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: admin                 Page 1 of 1                  Date Rcvd: Apr 08, 2019
                             Form ID: 318                Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
```
db             +Richard J Stegman, Jr.,    649 Lincoln Street,    Dickson City, PA 18519-1424
5142678        +Blueberry Hills Estates Home Owners Asso,   1 Fiore Court,    Duryea PA 18642-7008
5142681        +Community Bank NA,    3152 NYS RTE 417,    Olean NY 14760-1844
5142683        +Lending Club,    21 Stevenson Suite 300,    San Francisco, CA 94105-2706
5142684        +Luzerne Bank,    118 Main Street,    Luzerne PA 18709-1254
5142688        +Velocity Investments LLC,    1800 Route 34 Suite 404A,    Wall Township NJ 07719-9147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5142676        +EDI: AMEREXPR.COM Apr 08 2019 23:38:00      American Express,    PO Box 981537,
                 El Paso TX 79998-1537
5142677        +E-mail/Text: bk@avant.com Apr 08 2019 19:33:03      Avant,    222 N Lasalle Street,   Suite 1700,
                 Chicago IL 60601-1101
5142679         EDI: CAPITALONE.COM Apr 08 2019 23:38:00      Capital One National Assoc.,    PO Box 26030,
                 Richmond, VA 23260-6030
5142680         EDI: CHASE.COM Apr 08 2019 23:38:00      Chase,    PO Box 15298,   Wilmington DE 19850-5298
5142682         EDI: DISCOVER.COM Apr 08 2019 23:38:00      Discover,    PO Box 15316,   Wilmington DE 19850
5142685        +EDI: RESURGENT.COM Apr 08 2019 23:38:00      LVNV Funding,    PO Box 1269,
                 Greenville SC 29602-1269
5142988        +EDI: PRA.COM Apr 08 2019 23:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5142686        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 08 2019 19:33:01       Quicken Loans,
                 1050 Woodward Avenue,    Detroit MI 48226-1906
5142687        +EDI: RMSC.COM Apr 08 2019 23:38:00      SYNCB/Lowes,    PO Box 965005,   Orlando FL 32896-5005
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
```
              James  Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Richard J Stegman, Jr. johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | |
|---|---|
| Debtor 1 **Richard J Stegman Jr.**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx−xx−3354**<br>EIN __−_____ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __−_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | |
| Case number:  **5:18−bk−05298−RNO** | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard J Stegman Jr.
aka Richard Jay Stegman Jr.

**By the court:**



4/8/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**